1   Frank Woodson
    Navan Ward
2   BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX            MDL NO. 1699
    MARKETING SALES PRACTICES AND         District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*   **STIPULATION AND ORDER OF**
    (06-2273 CRB)                         **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1  *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
   (06-2605 CRB)

2

3  *Ozzie Jackson vs. Pfizer Inc, et al.*
   (06-2274 CRB)

4  *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)

5

6  *Kathy Jewell vs. Pfizer Inc, et al.*
   (07-1355 CRB)

7  *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)

8

9  *Billie Jean Johnstone vs. G.D. Searle LLC, et*
   *al.*
   (07-4549 CRB)

10

11 *John R. Jones vs. Pfizer Inc, et al.*
   (06-3899 CRB)

12 *Sylvester Jones vs. G.D. Searle LLC, et al.*
   (07-4550 CRB)

13

14 *Robert K. Kiser II vs. Pfizer Inc, et al.*
   (06-4104 CRB)

15 *Frank Klinger vs. G.D. Searle LLC, et al.*
   (05-4739 CRB)

16

17 *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
   (08-2149 CRB)

18 *Vasudev Kulkarni vs. Pfizer Inc, et al.*
   (07-1528 CRB)

19

20 *Bertha R. Lacy vs. Pfizer Inc, et al.*
   (06-7383 CRB)

21 *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
   *al.*
   (08-1856 CRB)

22

23 *Thomas Lauer vs. Pfizer Inc, et al.*
   (08-2854 CRB)

24

25 *Barbara Laver vs. Pfizer Inc, et al.*
   (08-3705 CRB)

26 *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
   (06-7631 CRB)

27

28 *Vickie L. Lewis vs. Pfizer Inc, et al.*
   (06-4284 CRB)

-2-

1

2   *Robert L. Lippincott vs. Pfizer Inc, et al.*
    (07-5018 CRB)

3   *John Scarcliff vs. G.D. Searle LLC, et al.*
    (05-4454 CRB)

4

5   *Norma Matthias vs. Pfizer Inc, et al.*
    (06-7632 CRB)

6   *Elise Mayes vs. Pfizer Inc, et al.*
    (08-3702 CRB)

7

8   *William D. McCluskey vs. Merck & Co. Inc, et al.*
    (07-3342 CRB)

9

10  *Phyllis McCord vs. G.D. Searle LLC, et al.*
    (05-4738 CRB)

11  *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)

12

13  *Vince Mejer vs. Pfizer Inc, et al.*
    (07-0237 CRB)

14  *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)

15

16  *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

17  *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

18

19  *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
    (05-4452 CRB)

20

21  *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

22  *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

23

24  *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

25  *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

26

27  *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

28  *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

EAST\42579891.1

1 | (09-0891 CRB)

2 | *Patsy Murry, et al. vs. Pfizer Inc, et al.*
(06-7438 CRB)

3

4 | *Ed Narke vs. Pfizer Inc, et al.*
(08-0260 CRB)

5 | *Dian C. Neal vs. Pfizer Inc, et al.*
(06-3900 CRB)

6

7 | *Rosa M. Nelson vs. Pfizer Inc, et al.*
(06-2275 CRB)

8 | *Cliff Norwood vs. G.D. Searle LLC, et al.*
(05-4451 CRB)

9

10 | *Floyd Odom vs. Pfizer Inc, et al.*
(07-5885 CRB)

11 | *Joan J. Opel vs. Pfizer Inc, et al.*
(07-4372 CRB)

12

13 | *Mary Osteen vs. Pfizer Inc, et al.*
(06-6928 CRB)

14 | *Elvis Owens, et al. vs. Pfizer Inc, et al.*
(06-5002 CRB)

15

16 | *James Curtis Owens vs. Pfizer Inc, et al.*
(06-1669 CRB)

17 | *Marvin Palmer vs. Pfizer Inc, et al.*
(06-6499 CRB)

18

19 | *Albert Pearson vs. G.D. Searle LLC, et al.*
(05-4455 CRB)

20 | *R.V. Perkins vs. Pfizer Inc, et al.*
(08-3699 CRB)

21

22 | *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
(05-4492 CRB)

23 | *Kirk Redenius vs. Pfizer Inc, et al.*
(06-4901 CRB)

24

25 | *Linda Redinger vs. Pfizer Inc, et al.*
(07-0454 CRB)

26 | *Tammy L. Ribble vs. Pfizer Inc, et al.*
(06-7283 CRB)

27

28 | *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
(06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1
2  *Tracy Ring vs. G.D. Searle LLC, et al.*
   (06-0733 CRB)
3

4     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7  each side bearing its own attorneys' fees and costs.

8

9     DATED: 10·16 2009     By: Plaren Ward F.

10
                              **BEASLEY, ALLEN, CROW, METHVIN,**
11                            **PORTIS & MILES, P.C.**
                              218 Commerce Street
12                            P.O. Box 4160
                              Montgomery, Alabama 36103
13                            Telephone: 334-269-2343
                              Facsimile: 334-954-7555
14
                              *Attorneys for Plaintiffs*
15

16    DATED: Oct. 19, 2009    By:

17
                              **DLA PIPER LLP (US)**
18                            1251 Avenue of the Americas
                              New York, New York 10020
19                            Telephone: 212-335-4500
                              Facsimile: 212-335-4501
20
                              *Defendants' Liaison Counsel*
21

22

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**

25

26  Dated: 10/22/2009
                              Hon. Charles R. Breyer
27                            United States District Court

28

                              -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42579891.1